UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ELLA SHARON, on behalf of herself
and all others similarly situated consumers,

Plaintiff

-against-

MIDLAND CREDIT MANAGEMENT, INC.,
MIDLAND FUNDING, LLC and
ENCORE CAPITAL GROUP, INC,

Defendants.

---x

Civil Docket No.:
1:18-cv-00385-ENV-CLP

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
OCT 26, 2018
BROOKLYN OFFICE

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 10/26/2018

/S/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc., with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 25, 2018

*Attorney for Plaintiff*

*/s/ Adam J. Fishbein*
---
Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, NY 11598
(516) 668-6945
fishbeinadamj@gmail.com

*Attorneys for Defendants*

*/s/ Howard J. Smith*
---
Howard J. Smith, Esq.
Marshall, Dennehey, Warner,
Coleman & Goggin
Wall Street Plaza
88 Pine Street, 21st Fl
New York, NY 10005
(212) 376-6400
hjsmith@mdwcg.com

LEGAL/119117959.v1